No. 94–7103. ALONSO MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7106. SORRENTINO PIMENTEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7109. RUIZ SIFUENTEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7120. SARCENO-BARRIOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7121. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7126. CONZETT v. SOUTH CAROLINA. Ct. Common Pleas of Richland County, S. C. Certiorari denied.

No. 94–7179. WATTS v. CHAPLEAU, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 94–7198. LOHNES v. CLASS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–438. ELLINGSWORTH, WARDEN, ET AL. v. REYNOLDS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 94–799. WILLIAMS, SUPERINTENDENT, FULTON CORRECTIONAL FACILITY v. VIDAL. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 94–881. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. HILL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 94–650. EYAK NATIVE VILLAGE ET AL. v. EXXON CORP. ET AL.; and

No. 94–855. EXXON CORP. ET AL. v. EYAK NATIVE VILLAGE ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions.